THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Michael G. Devlin, State Bar No. 265365
michaeldevlin@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintiffs JULIANN RUSH
and ANDREW RUSH

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANN RUSH and ANDREW RUSH,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive,<br><br>Defendants, | Case No. SACV11-00629 DOC (PlAx)<br>[Action Commenced: April 21, 2011]<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: 10-14-11

*[signature]*

Judge, United States District Court
Central District of California

DAVID O. CARTER

1